WILLIAM R. TAMAYO - #084965 (CA)
JONATHAN T. PECK - #12303 (VA)
SANYA HILL MAXION - #18739 (WA)
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone No. (415) 625-5650
Facsimile No. (415) 625-5657

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> SAN JOSE MERCURY NEWS, <br><br> Defendant. | CIVIL ACTION NO. C 06 3865 <br><br> **C O M P L A I N T** <br> Civil Rights - Employment Discrimination <br><br> **JURY TRIAL DEMAND** |

### NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex and to provide appropriate relief to Charging Party Mark R. Newton. As alleged below, defendant San Jose Mercury News, subjected Mr. Newton to a hostile work environment based on sex, male.

### JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337 1343, and 1345. This action is authorized and instituted pursuant to §§706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended (Title VII), 42 U.S.C. §§2000e-5(f)(1) and (3), and §102 of the Civil Rights Act of 1991, 42 U.S.C. §1981A.

COMPLAINT                                   1

2. The employment practices alleged to be unlawful were and are now being committed in San Jose California in the County of Santa Clara. within the jurisdiction of the United States District Court for the Northern District of California (San Jose Division).

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission ("EEOC"), is the agency of the United States of America charged with the administration, interpretation, and enforcement of Title VII and is expressly authorized to bring this action by §§706(1) and (3) of Title VII, 42 U.S.C. §§2000e-5(f)(1) and (3).

4. At all relevant times, Defendant is and was a corporation doing business in the State of California in the County of Santa Clara, and has continuously had at least 15 employees.

5. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce, within the meaning of §§701(b) and (h) of Title VII, 42 U.S.C. §2000e(b), (g), and (h).

## STATEMENT OF CLAIMS

6. More than thirty (30) days prior to the institution of this lawsuit, Mark R. Newton filed charges of discrimination with the EEOC alleging violations of Title VII by Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least October of 2003, Defendant San Jose Mercury News has engaged unlawful practices at its San Jose Mercury News in violation of §703(a)(1) of Title VII, 42 U.S.C. §§20000e-2(a)(1)). These practices include subjecting Mr. Newton to harassment on the basis of his sex, male, which created an offensive, abusive, intimidating and hostile work environment.

8. The effect of the practices complained of in paragraph 7 above has been to deprive Mr. Newton of equal employment Opportunities and to otherwise adversely affect his status as an employee because of his sex, male.

9. The unlawful employment practices complained of in paragraph 7 above were and

COMPLAINT            2

are intentional.

10. The unlawful employment practices complained of in paragraph 7 above were done with done with malice and/or reckless disregard for the federally protected rights of Mr. Newton.

**PRAYER FOR RELIEF**

WHEREFORE, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant Employer, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in harassment based on sex and any other employment practice which discriminates on the basis of sex.

B. Order Defendant Employer to institute and carry out policies, practices, and programs which provides equal employment opportunities for its employees and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant Employer to make whole Mr. Newton by providing compensation for past and future pecuniary losses, resulting from the unlawful employment practices described above, with interest, in amount to be determined at trial.

D. Order Defendant Employer to make whole Mr. Newton by providing compensation for past and future non-pecuniary losses caused by the above unlawful conduct, including pain and suffering, emotional distress, indignity, loss of enjoyment of life, loss of self-esteem, and humiliation, in amounts to be determined at trial.

E. Order Defendant Employer to pay Mr. Newton punitive damages for its malicious and reckless conduct described above, in amounts to be determined at trial.

F. And Such further relief as the Court deems proper.

G. Award the Commission its costs in this action.

////

////

COMPLAINT                                    3

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

James L. Lee
Deputy General Counsel

Gwendolyn Young Reams
Associate General Counsel

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

DATE: 6/20/06

_____
WILLIAM R. TAMAYO
Regional Attorney

DATE: 6/20/06

_____
JONATHAN T. PECK
Supervisory Trial Attorney

DATE: 6/20/06

_____
SANYA HILL MAXION
Senior Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California 94105-1260
Telephone: (415) 625-5650

COMPLAINT                                   4