WILLIAM R. TAMAYO - #084965 (CA)
JONATHAN T. PECK - #12303 (VA)
SANYA HILL MAXION -#18739 (WA)
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone No. (415) 625-5650
Facsimile No. (415) 625-5657

*E-filed 7/14/06*

Attorneys for Plaintiff EEOC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SAN JOSE MERCURY NEWS,<br><br>Defendant. | CIVIL ACTION NO. C06-3865-HRL<br><br>CONSENT DECREE |

## I. INTRODUCTION

Plaintiff Equal Employment Opportunity Commission ("EEOC" or "Commission") filed this action pursuant to Title VII of the Civil Rights Act of 1964 ("Title VII"), and Title I of the Civil Rights Act of 1991. The EEOC alleged that San Jose Mercury News ("Defendant") discriminated against Charging Party Mark Newton by subjecting him to a sexually hostile work environment based on sex, male. Defendant denied liability on all claims asserted by EEOC.

## II. NON-ADMISSION OF LIABILITY

This consent decree is not an adjudication or finding on the merits of this case and shall not be construed as an admission of a violation of Title VII by Defendant.

The Court has reviewed the terms of this Consent Decree in light of the pleadings, the record

Consent Decree

herein, and the applicable law, and now approves the Consent Decree in its entirety.

Therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

### III. GENERAL PROVISIONS

1. This Court has jurisdiction over the subject matter and the parties to this action.

2. This Consent Decree constitutes a full resolution of the EEOC's complaint in Civil Action C06-3865-HRL.

3. This Consent Decree shall become effective upon its entry by the Court.

4. This Consent Decree is final and binding upon the Parties, their successors and assigns.

5. The EEOC and Defendant shall bear their own costs and attorney fees.

### IV. GENERAL INJUNCTIVE RELIEF

1. <u>Sexual Harassment</u>

Defendant, its officers, agents, management (including all supervisory employees, successors and assigns), and all those in active concert or participation with them, or any of them, hereby agree not to: (a) engage in or be a party to any action, policy or practice that is intended to or is known to them to have the effect of sexually harassing or intimidating any employee on the basis of sex ; or (b) create, facilitate or permit the existence of discrimination on the basis of sex.

2. <u>Retaliation</u>

Defendant, its officers, agents, management (including supervisory employees), successors or assigns, and all those in active concert or participation with them, agree not to engage in, implement or permit any action, policy or practice with the purpose of retaliating against any current or former employee of Defendant because he or she complained about sexual harassment, filed a charge of discrimination alleging any such practice; testified or participated in any manner in any investigation (including, without limitation, any internal investigation undertaken by Defendant), proceeding or hearing in connection with this case, and/or relating to any claim of sexual harassment or retaliation, or; was identified as a possible witness in this action.

### V. SPECIFIC INJUNCTIVE RELIEF

In order to accomplish the objectives embodied in this Consent Decree, Defendant shall insure that its policies, procedures and practices include the following:.

Consent Decree

1. Policy

Within sixty (60) days of the effective date of this Consent Decree, Defendant shall reissue its sexual harassment policy to all employees, supervisors and managers.

2. Training Program

Within four (4) months of the effective date of this Consent Decree Defendant will ensure that all of its employees, supervisors and managers in the News Mail room receive at least two hours of training regarding sexual harassment and retaliation. The cost of the training shall be borne by Defendant.

3. Reporting

Within thirty (30) days following the above-described training, Defendant will forward to the EEOC, attention Sanya Hill Maxion, a statement verifying completion of the training, including providing copies of all materials distributed to the employees at the training, an outline or syllabus of the content of the training, and a roster or list of employees who attended the training.

## VI. MONETARY RELIEF

In order to resolve all claims against San Jose Mercury News which grow out of the same core facts of alleged harassment, and to allow Mr. Mark Newton to participate in Phase One of the Voluntary Incentive Program, Defendant will pay the gross sum total of $150,000.00 (Settlement Sum) to Mark Newton. The Settlement Sum shall be allocated and paid to Mr. Newton as set forth in his separate release of claims and related action.

## VII. RETENTION OF JURISDICTION AND EXPIRATION OF CONSENT DECREE

1. This Consent Decree shall terminate six (6) months from the date of entry by the Court unless the EEOC petitions the Court for an extension of the Decree because of non-compliance. If the EEOC determines that defendant has not compiled with the Consent Decree, EEOC will provide written notification of the alleged breach to defendant and will not petition the Court for enforcement sooner than 30 days after providing written notification. The 30 day period following written notification shall be used by the parties for good faith efforts to resolve the issue. If the EEOC petitions the Court and the Court finds defendant to be in substantial violation of the

1. terms of the Decree, the Court may extend the Consent Decree.

2. This Court shall retain jurisdiction over this action for purposes of enforcing provisions of this Consent Decree. This Consent Decree shall expire by its own terms at the end of six (6) months without further action by the parties

3. If any provision of this Consent Decree is found to be unenforceable by a court of competent jurisdiction, only the specific provision in question shall be affected and the other enforceable provisions shall remain in full force and effect.

On Behalf of Plaintiff Commission                On Behalf of Defendant:

DATED: June 29, 2006                             DATED: June 26, 2006

                                                 *Kathleen Slattery*
EQUAL EMPLOYMENT OPPORTUNITY                     SAN JOSE MERCURY NEWS
COMMISSION

WILLIAM R. TAMAYO
Regional Attorney

JONATHAN T. PECK
Supervisory Trial Attorney

SANYA HILL MAXION
Senior Trial Attorney

**IT IS SO ORDERED:**

DATED: 7/14/06                                   /s/ Howard R. Lloyd
                                                 UNITED STATES MAGISTRATE JUDGE

Consent Decree

Page -4-