*E-filed 2/26/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No. 06-03865 HRL |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| SAN JOSE MERCURY NEWS, | |
| Defendant. | |

IT IS HEREBY ORDERED that this action be dismissed with prejudice.

Dated:   2/26/07

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

Notice will be electronically mailed to:

Sanya P. Hill Maxion sanya.hill@eeoc.gov

Jonathan T. Peck Jonathan.Peck@eeoc.gov

Counsel are responsible for distributing copies of this document to co-counsel and to opposing counsel who have not registered for e-filing under the court's CM/ECF program.